UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAIME ANDRADE BACA

Plaintiff,

v.

HOMESITE INSURANCE COMPANY OF THE MIDWEST,

Defendant.

Case No. 1:26-cv-6266-KES-EPG

ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(ECF No. 11).

On November 24, 2026, the parties filed a joint stipulation dismissing this action with prejudice as to all claims, with each party to bear their own attorney fees and costs. (ECF No. 11).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

Additionally, the March 5, 2027 settlement conference and the February 26, 2027 pre-settlement conference, are HEREBY VACATED. (ECF Nos. 9, 10).

Lastly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 25, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE